**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Myron Douglas THOMAS, a/k/a Dog,
a/k/a Mad Dog, a/k/a MD,
Defendant–Appellant.**

No. 12–7187.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 13, 2013.

Decided: June 11, 2013.

Thomas P. McNamara, Federal Public Defender, Stephen C. Gordon, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Michael Gordon James, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before KING and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Myron Douglas Thomas appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Thomas,* No. 7:06–cr–00083–FL–3 (E.D.N.C. July 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*